AO 91 (Rev 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
Jessica Pearce

*Defendant*

Case No. 10-5624 (KMW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 09/14/2009 in the county of Atlantic in the ______ District of New Jersey, the defendant violated 18 U. S. C. § see below, an offense described as follows:

knowingly received child pornography as defined in Tilte 18, United States Code, Section 2256(8), that had been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or commerce by any means, including by computer...in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

John J. Mesisca, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/15/2010

*Judge's signature*

City and state: Camden, New Jersey

Karen M. Williams, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED

UNITED STATES ATTORNEY

BY: Jacqueline M. Carle

JACQUELINE M. CARLE
ASSISTANT UNITED STATES ATTORNEY

Date: 10/15/2010

# AFFIDAVIT

I, John J. Mesisca ("Your affiant"), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Newark Division, being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 1995 and am currently assigned to the Newark Division, Atlantic City Resident Agency. Since 1996, I have been assigned cases involving the online sexual exploitation of children. As part of my duties as a Special Agent assigned to these cases, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the possession, distribution, and receipt of child pornography, in violation of 18 U.S.C. 2252 and 2252A. I have previously participated in more than two hundred investigations involving these types of crimes. As part of my duties, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. 2256) in all forms of media including computer media. In addition, I have been trained in computer crimes, including crimes involving the exploitation of children. Since this Affidavit is submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not necessarily included each and every fact known by other investigators and me concerning this investigation. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

2. On or about September 13, 2009, R.T. contacted law enforcement to report his son, K.T. (DOB 11/08/92), was missing.

3. R.T. reported to law enforcement that K.T. was communicating with JESSICA PEARCE (DOB 11/07/76), whom K.T. described to his father as being in high school. K.T. further indicated to R.T. that PEARCE had moved to Washington state. R.T. grew concerned

over the relationship between K.T. and PEARCE in or about July 2009 when he saw text messages with sexual content. R.T. instructed K.T. to end the relationship.

4. After R.T. believed K.T. to be missing, he found PEARCE's telephone number from cellular telephone records. R.T. called PEARCE and asked PEARCE if she knew where K.T. was. PEARCE told R.T. that PEARCE and K.T. ended their relationship and that K.T. went to New York on a bus because he was upset. PEARCE further stated that she met with K.T. in New York.

5. After R.T. believed K.T. to be missing, R.T. activated a family mapping system that provides a general location of the telephone on K.T.'s cellular telephone. The family mapping system showed that K.T. was in 1219 N. Gold Street, Centralia, Washington. R.T. researched PEARCE's address and found an address and telephone number for her in Washington. R.T. telephoned the number, 360-736-5871, and spoke with a person who identified themself as PEARCE's mother. That person denied to R.T. that she knew K.T. On or about September 14, 2009 that telephone number was changed.

6. On or about September 14, 2009, K.T.'s cellular telephone was turned on which helped investigators track the telephone to a location in Washington where law enforcement officers located K.T. with PEARCE. K.T. and PEARCE were attempting to leave the state of Washington and were located at a rest stop off of an interstate highway in Washington.

7. Law enforcement interviewed K.T. who stated that during the summer of 2007 or 2008 he met PEARCE through an online game, World of Warcraft (WOW). K.T. stated that he initially represented to PEARCE that he was 24 years old, but revealed his real age within a few months.

8. K.T. stated that he emailed pictures to PEARCE of himself that showed his genitals. He also stated that he received emailed pictures from PEARCE showing her genitals. K.T. stated that he initiated the exchange of photographs, however PEARCE encouraged him to send additional pictures during their relationship. K.T. stated that PEARCE was aware of his real age prior to sending or receiving the pictures. K.T. also stated that he believed PEARCE was 32 years of age. K.T. referred to PEARCE as his girlfriend.

9. K.T. stated that in or about November 2008, PEARCE flew from Washington to Philadelphia to meet him. PEARCE rented a car, drove to New Jersey, and picked K.T. up after school on a Friday. K.T. did not tell his parents that he was going with PEARCE. K.T. stated that he stayed with PEARCE at the Red Carpet Inn for the weekend. K.T. further stated that he engaged in multiple acts of sexual penetration with PEARCE at that hotel.[1]

10. K.T. stated that in or about June 2009, PEARCE again flew from Washington to Philadelphia to meet him. On this trip, PEARCE brought her son, J.P. age 6. PEARCE drove to New Jersey with J.P., to meet K.T. K.T. stated that he stayed with PEARCE for five days in a

---

[1]Records from the Red Carpet Inn in Hammonton, New Jersey show Jessica Pearce, 1219 N. Gold Street, Centralia, Washington rented a room on or about February 28, 2009. Credit card records indicate that Jessica Pearce incurred a charge from the Red Carpet Inn in the amount of $50.00 on or about March 1, 2009 for room number 11.

hotel in Absecon, New Jersey.[2] K.T. stated that he engaged in acts of sexual penetration with PEARCE during that time.

11. K.T. stated that on or about September 11, 2009, PEARCE flew from Washington to Philadelphia to see him. PEARCE traveled to New Jersey to meet with K.T. K.T. stated that he stayed in a hotel with PEARCE the evening of September 11, 2009 and engaged in sexual relations with PEARCE at that time.[3] K.T. stated that on or about September 12, 2009, he flew with PEARCE from Philadelphia to Washington. K.T. told his parents that he was at a friend's house for the weekend. K.T. left his parents a note stating that he was going to New York and not to look for him. K.T. stated that PEARCE showed him an identification with his photograph in the name of "Johnny Pearce" in case K.T. was asked for identification.[4]

---

[2]Records from the Empire Inn and Suites in Absecon, New Jersey show that Jessica Pearce rented a room in her name using an Arizona driver's license with her photograph on it. The records further indicate that the room was booked through hotels.com on or about April 2, 2009 for June 19, 2009 through June 24, 2009. The charge totaled $177.46 for room number 106.

Records from U.S. Airways show Jessica Pearce traveling from Seattle, Washington to Philadelphia, Pennsylvania on June 19, 2009, on U.S. Airways flight 798 and flying back from Philadelphia, Pennsylvania to Seattle, Washington on June 24, 2009 on flight 1547. The records further indicate that the ticket was purchased on or about March 25, 2009.

[3] Records from U.S. Airways show Jessica Pearce traveling from Seattle, Washington to Philadelphia, Pennsylvania on September 11, 2009 on U.S. Airways flight 1542. That ticket was purchased September 11, 2009 and paid by a Mastercard credit card in the name of Jessica Pearce, 1219 N. Gold Street, Centralia, Washington.

[4] "Johnny Pearce" is one of the names used by one of PEARCE's minor children. Law enforcement seized an high school identification card with K.T.'s photograph in the name of "Johnny Pearce" from PEARCE as a result of a consent search.

12. Prior to leaving New Jersey on September 12, 2009, K.T. stated that he and PEARCE went to the Atlantic City bus station and purchased a Greyhound bus ticket to New York City in an effort to conceal their true whereabouts.

13. In Washington, K.T. and PEARCE spent time with PEARCE's family. K.T. spoke with his father, R.T., on or about September 13, 2009 and, after hanging up, turned off the cellular telephone in an effort to prevent R.T. from locating him.

14. On or about September 14, 2009, PEARCE's mother called PEARCE and advised PEARCE that the police were looking for K.T. and PEARCE. PEARCE borrowed a pick up truck from a family member and the two started to drive to Portland, Oregon to stay with PEARCE's friends. K.T. turned on his cellular telephone after realizing that law enforcement were looking for them.

15. Following a waiver of Miranda rights, law enforcement interviewed PEARCE who confirmed that she met K.T. through the online game World of Warcraft about two years prior to September 2009. PEARCE stated that she lived with her parents at 1219 N. Gold Street, Centralia, Washington, however she had an apartment and stated that she was moving in with K.T. because they were getting married and would live together as a family. PEARCE further stated that she believed she was currently pregnant with K.T.'s child.

16. PEARCE stated that her first physical meeting with K.T. was in or about February 2009. PEARCE admitted that she flew from Washington to Philadelphia, rented a car and drove to New Jersey to meet K.T. PEARCE further admitted that she rented a room at a Red Carpet Inn in Atlantic City, New Jersey and engaged in sexual intercourse with K.T. approximately 16

times over the two day period. PEARCE stated that she and K.T. did not use any form of contraception because they "were going to make a family."

17. PEARCE stated that she became pregnant after her meeting with K.T. in February 2009 and that K.T. was the father. PEARCE further stated that she miscarried soon thereafter.

18. PEARCE stated that her next physical meeting with K.T. was in or about June 2009. PEARCE admitted that she flew from Washington to Philadelphia, rented a car and drove to New Jersey to meet K.T. with her minor son, J.P. PEARCE further admitted that she rented a room at the Empire Inn in Atlantic City, New Jersey and engaged in sexual intercourse with K.T. Again, PEARCE denied using contraception in an effort to become pregnant with K.T.'s child.

19. While PEARCE stated that she initially believed K.T. to be 18 years old, she admitted that K.T. told her that he was either 14 or 16 years of age. PEARCE ultimately admitted that in December 2008, K.T. told her that he was 16 years old.

20. PEARCE admitted that she traveled from Washington to New Jersey again on September 11, 2009 for the purpose of meeting K.T. and flying back to Washington with him. PEARCE picked K.T. up after school on September 11, 2009 and they stayed the night at the Red Carpet Inn in Atlantic City, New Jersey where they engaged in sexual intercourse. PEARCE further admitted to purchasing a Greyhound bus ticket in K.T.'s name to conceal their whereabouts.

21. PEARCE admitted to purchasing the airline tickets for her and K.T. PEARCE's ticket was in her name, however, she purchased K.T.'s ticket in the name of "Johnny Pearce" and constructed a false identification with that name and K.T.'s photograph in the event that K.T. was asked for identification at the airport.

22. PEARCE and K.T. went to an apartment in Washington that she rented for the two of them[5]. PEARCE admitted that she engaged in sexual intercourse with K.T. at that location.

23. PEARCE admitted that she asked K.T. to take photographs of himself naked and send them to her via the internet and that K.T. complied. PEARCE also admitted to sending photographs of herself naked to K.T. via the internet. PEARCE further stated that there are photographs of her and K.T. engaged in sexual intercourse on her computer.

24. The investigation revealed photographs of K.T. engaged in sexually explicit conduct. Those photographs were taken at K.T.'s residence in New Jersey and sent to PEARCE through interstate commerce and located in PEARCE's possession in Washington.

---

[5]The address of the apartment was 1000 S. Pearl Street, Apartment #9, Centralia, Washington.